UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VILMA VACCARO,

                             Plaintiff,

-against-

Civil Action No.: 11 CV 7791

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

VALENTINE & KEBARTAS, INC.

                             Defendant(s).
-----------------------------------------------------------------X

     Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff VILMA VACCARO by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant VALENTINE & KEBARTAS, INC.

Dated: January 10th, 2011
       New York, New York

For:  **VILMA VACCARO**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930

**SO ORDERED**

By:_____
Hon. _____, USDJ